Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants, City of Montebello,
Chief of Police Brad Keller and Officer
Christopher Warren

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM YUEN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MONTEBELLO, CHIEF OF POLICE BRAD KELLER in his official and individual capacity, OFFICER CHRISTOPHER WARREN #1408, DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-00755-MWF-PLA <br><br> Honorable Michael W. Fitzgerald <br><br> ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER RE: DISCLOSURE OF CONFIDENTIAL INFORMATION <br><br> [Filed concurrently with the Joint Stipulation] |

Based on the Stipulation for Protective Order of the parties, and upon GOOD CAUSE shown, IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Protective Order of the parties IS GRANTED as modified;

2.  The terms of the parties' Stipulation for Protective Order shall govern the disclosure of any and all Confidential Information (as that term is defined in the Stipulation) in this case.

**IT IS SO ORDERED.**

DATED:  April 23, 2020                      _____

*Paul L. Abrams*

Honorable Paul L. Abrams
United States Magistrate Judge

1