JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM YUEN, | Case No. 2:20-cv-00755-MWF-PLA |
| Plaintiff, | Honorable Michael W. Fitzgerald |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CITY OF MONTEBELLO, CHIEF OF POLICE BRAD KELLER in his official and individual capacity, OFFICER CHRISTOPHER WARREN #1408, DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the parties, the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 5, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

4834-7342-2835, v. 1

1